UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LYNNE HOUSERMAN,<br><br>Defendant. | CASE NO. 2:19-cv-00336-RAJ-BAT<br><br>**ORDER DENYING MOTION TO COMPEL, FOR SANCTIONS, AND FOR SPECIAL MASTER WITHOUT PREJUDICE**<br><br>**RELATED CASE NO. 2:19-cv-00664-RAJ** |

Presently before the Court is the Plaintiff's Motion to Compel the Production of ESI and for Sanctions and the Appointment of a Special Discovery Master. Dkt. 45. A similar motion was filed in Case No. 2:19-cv-00664-RAJ. Dkt. 57. On March 24, 2020, both motions were referred to the undersigned United States Magistrate Judge for disposition pursuant to Local Rule MJR and General Order 02-19.

The parties' discovery dispute has been pending for over a month. Pursuant to the parties' proposed Stipulation Regarding Depositions and Amending the Case Schedule (Dkt. 54), the Court has today extended the current case scheduling deadlines, including an extension of the deadline to complete discovery (depositions and ESI) from September 1, 2020 until October 22, 2020. For these reasons, the undersigned **denies** the motion to compel (Dkt. 45) without

RELATED CASE NO. 2:19-CV-00664-RAJ - 1

prejudice. The parties are directed to again confer to work out this discovery dispute. If the parties cannot resolve their dispute by **April 24, 2020**, the motion to compel may be refiled and parties shall notify the Court of the need to hold a status hearing on the motion at that time.

DATED this 24th day of March, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge