IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC.,<br><br>Defendants. | Case Nos. 2:19-cv-00336-RAJ-BAT;<br>2:19-cv-00644-RAJ-BAT<br><br>**ORDER REGARDING THE PRODUCTION OF ESI** |
| LYNNE HOUSERMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN,<br><br>Defendants. | |

The Court consolidated discovery in these actions. *See* 2:19-cv-00336-RAJ-BAT Dkt. 32; 2:19-cv-00644-RAJ-BAT Dkt. 30. Pursuant to the stipulation and agreement of the parties (*see* 2:19-cv-00336-RAJ-BAT Dkt. 56; 2:19-cv-00644-RAJ-BAT Dkt. 67), it is hereby **ORDERED** that the production of electronically stored information ("ESI") responsive to currently-outstanding discovery requests shall proceed as follows:

**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.** - 1

a. **May 6, 2020 Production.** By May 6, 2020, Comtech shall substantially complete its production of all responsive, non-privileged ESI from the Comtech custodial files of Mr. Kornberg.

b. **May 22, 2020 Production.** By May 22, 2020, Comtech shall substantially complete the production of all responsive, non-privileged ESI. Comtech's production of ESI by this date shall include ESI from the personal files, accounts, and devices of Mr. Kornberg and Mr. Porcelain (including text messages, chat messages, and social media messages), with the exception of data collected from the cellphones of Mr. Kornberg and Mr. Porcelain, which is addressed below.

c. **June 9, 2020 Production.** By June 9, 2020, Comtech shall substantially complete the production of all responsive, non-privileged ESI collected from the personal and/or Comtech-issued cellphones of Mr. Kornberg and Mr. Porcelain, including, without limitation, text messages, chat messages, and social media messages as well as its production of Comtech's responsive ESI from agreed-upon non-custodial sources. Also by June 9, 2020, and on a reciprocal basis, MSI and Houserman shall substantially complete their production of all responsive, non-privileged ESI.

**DATED** this 5th day of May, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.** - 2