IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC., <br><br> Defendants. | **Case Nos. 2:19-cv-00336-RAJ-BAT** <br> **2:19-cv-00644-RAJ-BAT** <br><br> **ORDER GRANTING EXTENSION OF EXPERT DISCLOSURE DEADLINES** |
| LYNNE HOUSERMAN, <br><br> Plaintiff, <br><br> v. <br><br> COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN, <br><br> Defendants. | |

The Court consolidated discovery in these actions. *See* 2:19-cv-00336-RAJ-BAT Dkt. 32; 2:19-cv-00644-RAJ-BAT Dkt. 30. Pursuant to the stipulation and agreement of the parties (*see* 2:19-cv-00336-RAJ-BAT Dkt. 58; 2:19-cv-00644-RAJ-BAT Dkt. 69), and for good cause shown, it is hereby **ORDERED** that the expert-related deadlines in this case shall be extended by 14 days as follows:

ORDER GRANTING EXTENSION OF
EXPERT DEADLINES - 1

1)        Expert witness disclosure and reports under FRCP 26(a)(2) are due on **August 14, 2020**;

2)        Rebuttal expert disclosure and reports are due on **October 2, 2020**.

3)        All other case deadlines and the trial date remain unchanged.

**DATED** this 7th day of July, 2020.

                                                _____
                                                BRIAN A. TSUCHIDA
                                                Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF
EXPERT DEADLINES - 2