IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELECOMMUNICATION SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNNE HOUSERMAN and MOTOROLA SOLUTIONS, INC.,<br><br>    Defendants. | **Case Nos. 2:19-cv-00336-RAJ-BAT**<br>       **2:19-cv-00644-RAJ-BAT**<br><br>**ORDER GRANTING EXTENSION OF DEADLINE FOR AMENDED PLEADINGS** |
| LYNNE HOUSERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMTECH TELECOMMUNICATIONS CORPORATION, FRED KORNBERG, AND MICHAEL D. PORCELAIN,<br><br>    Defendants. | |

The Court consolidated discovery in these actions. *See* 2:19-cv-00336-RAJ-BAT Dkt. 32; 2:19-cv-00644-RAJ-BAT Dkt. 30. Pursuant to the stipulation and agreement of the parties (*see* 2:19-cv-00336-RAJ-BAT Dkt. 60; 2:19-cv-00644-RAJ-BAT Dkt. 71), and for good cause shown, it is hereby **ORDERED** that the parties' deadline for the filing of amended pleadings is

ORDER GRANTING EXTENSION OF
EXPERT DEADLINES - 1

extended from July 31, 2020 until **August 7, 2020**. All other case deadlines and trial dates remain unchanged.

    **DATED** this 3rd day of August, 2020.

                                                           BRIAN A. TSUCHIDA
                                                           Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF
EXPERT DEADLINES - 2